IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SHELBY JOHNSON**     **PLAINTIFF**

NO. 16-5018

**CAPITAL ONE BANK (USA), N.A.**     **DEFENDANT**

### CLERK'S ORDER OF DISMISSAL

On this 27th day of April, 2016, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

         AT THE DIRECTION OF THE COURT

         DOUGLAS F. YOUNG, CLERK

         BY:  S. Cummings
         Deputy Clerk